```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA         :     INDICTMENT

        -v.-                     :     07 Cr.

CARLOS MANUEL REINOSO,
    a/k/a "Carlos Martinez,"
    a/k/a "Manuel Reynoso,"      :
    a/k/a "Carlos Reynoso,"
    a/k/a "Enrique Lopez,"       :

                Defendant.       :

- - - - - - - - - - - - - - - - - -X
```



07 CRIM 1024

## COUNT ONE

The Grand Jury charges:

From at least in or about October 2007, up to and including on or about October 24, 2007, in the Southern District of New York and elsewhere, CARLOS MANUEL REINOSO, a/k/a "Carlos Martinez," a/k/a "Manuel Reynoso," a/k/a "Carlos Reynoso," a/k/a "Enrique Lopez," the defendant, being an alien, unlawfully, willfully, and knowingly did enter, and was found in, the United States, after having been deported from the United States subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about December 13, 2000 in New York Supreme Court, New York County, for criminal sale of a controlled substance in the fifth degree, in violation of New York Penal Law 220.31, without having obtained the express consent of the Attorney General of the United States or his successor, the

Secretary for the Department of Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) & (b)(2).)

_____     _____
FOREPERSON                    MICHAEL J. GARCIA
                              United States Attorney

```
Form No. USA-33s-274 (Ed. 9-25-58)
```

---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA

- v. -

CARLOS MANUEL REINOSO,
a/k/a "Carlos Martinez,"
a/k/a "Manuel Reynoso,"
a/k/a "Carlos Reynoso,"
a/k/a "Enrique Lopez,"

Defendant.

---

**INDICTMENT**

07 Cr.

(8 U.S.C. §§ 1326(a) and (b)(2))


_____
          MICHAEL J. GARCIA
       United States Attorney.

**A TRUE BILL**

_____
                  Foreperson.

---

11/7/07   Indictment filed - Case assigned to Judge Castel.

— Francis, J.