UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

    -against-

CARLOS MANUEL REINOSO,

    Defendant.

------------------------------------------------------------x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/8/07
```

07 CR 1024 (PKC)

ORDER

P. KEVIN CASTEL, U.S.D.J.

    The arraignment and initial conference in this matter have been set for November 13, 2007 at 2:00 p.m. The application of the government to exclude time until November 13, 2007 is granted. I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial. My reasons for this finding are that the grant of the continuance will allow the government to collect documents and produce discovery to the defendant. Accordingly, the time between today and November 13, 2007 is excluded.

    SO ORDERED.

                                                         P. Kevin Castel
                                                      United States District Judge

Dated: New York, New York
       November 8, 2007