# Federal Defenders
## OF NEW YORK, INC.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/08

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

Southern District
Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

**MEMO ENDORSED**

March 10, 2008

*Sentencing adjourned for March 13 to April 3, 2008 at 9:30a.*

*SO ORDERED*
*/s/ P. Kevin Castel*
*USDJ 3-10-0[8]*

**BY HAND DELIVERY**

Hon. P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:  **United States v. Carlos Manuel Reinoso**
          **No. 07 Cr. 1024 (PKC)**
          **Request for Adjournment**

Dear Judge Castel:

    I am writing to respectfully request that the sentencing in this case, currently scheduled for March 13, 2008, be adjourned for 3 weeks. I make this request because the defense needs additional time to complete its sentencing memorandum.

    I have left a message with Assistant United States Attorney Carrie Cohen soliciting her consent to this request, but she has not yet responded.

                        Respectfully submitted,

                        **STEVEN M. STATSINGER**
                        Assistant Federal Defender
                        (212) 417-8736

AUSA Carrie Cohen

